IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JESUS SANDOVAL, #39494-177, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | CIVIL CASE NO. 3:21-CV-996-M-BK | |
| § | | |
| FCI PEKIN MEDICAL OFFICIALS, § | | |
| Defendant. § | | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

SO ORDERED this 16th day of August, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE